OPINION — AG — **** REQUIREMENTS FOR CERTIFICATE OR LICENSE BY BOARD OF PUBLIC ACCOUNTANCY **** THE PROVISIONS OF 59 O.S. 1971 15.8 [59-15.8](B) DO NOT REQUIRE THAT AN APPLICANT FOR THE CERTIFICATE OF CERTIFIED PUBLIC ACCOUNTANT OR LICENSE OF PUBLIC ACCOUNTANT COMPLETE A MINIMUM NUMBER OF SEMESTER HOURS IN SUBJECTS RELATED TO THE AREA OF ACCOUNTING. (MIKE D. MARTIN)